FILED 24 SEP '20 16:27 USDC-ORP

UNITED STATES DISTRICT COURT

**UNDER SEAL**

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00452-HZ |
| v. | INDICTMENT |
| ANTHONY NICHOLA LEUCI. | 18 U.S.C. § 231(a)(3) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Civil Disorder)**
**(18 U.S.C. § 231(a)(3))**

On or about May 31, 2020, in the District of Oregon, during a civil disorder, defendant **ANTHONY NICHOLA LEUCI**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and

adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.                    A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney